**People of the State of Illinois, Plaintiff-Appellee, v. Charles Mason, Defendant-Appellant.**

**Gen. No. 49,794.**

First District, Second Division.

April 27, 1965.

Rehearing denied September 7, 1965.

Gerald W. Getty, Public Defender of Cook County, of Chicago (James J. Doherty and Frederick F. Cohn, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Assistant State's Attorney in Charge of Criminal Appeals, and Joseph V. Roddy, Assistant State's Attorney, of counsel), for appellee. Opinion by JUSTICE BURKE. **Not to be published in full.**